## Knickerbocker Ice Company, Appellant, *v.* Pennsylvania Railroad Company.

Argued March 24, 1909. Appeal, No. 79, Jan. T., 1909, by plaintiff, from order of C. P. No. 3, Phila. Co., March T., 1907, No. 1,452, refusing to take off nonsuit in case of the Knickerbocker Ice Company v. Pennsylvania Railroad Company. Before MITCHELL, C. J., FELL, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

OPINION BY MR. JUSTICE ELKIN, April 12, 1909:

For the reasons stated in the opinion handed down in the

case of American Ice Company v. Pennsylvania Railroad Company at No. 78, January Term, 1909, ante, p. 439, judgment of nonsuit is affirmed.